**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL GAFFNEY,

        Plaintiff,　　　　　　　　　23-CV-5669 (GBD) (OTW)

    -against-

MUHAMMAD ALI ENTERPRISES LLC, et al.,　　**ORDER**

        Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Preliminary Settlement Conference call on **Thursday, August 21, 2025 at 2:30 PM.** Parties should be prepared to discuss the procedural postures of 18-CV-8770 and 20-CV-7113. Please call Chambers at 212-805-0260 when all counsel are on the line.

    SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_

Dated: August 18, 2025　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　United States Magistrate Judge