**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

MICHAEL GAFFNEY,

Plaintiff,

-against-

MUHAMMAD ALI ENTERPRISES LLC, et al.,

Defendants.

----------------------------------------------------------x

23-CV-5669 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a preliminary settlement conference call in this matter on Thursday, July 30, 2026. Parties are directed to file a joint status letter by **August 14, 2026** on the status of settlement discussions.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 31, 2026
New York, New York